# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2017

153074

SHELBY TOWNSHIP,
      Respondent-Appellant,

v

COMMAND OFFICERS ASSOCIATION OF
MICHIGAN,
      Charging Party-Appellee.

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153074
COA: 323491
MERC: 12-000067

_____/

By order of September 21, 2016, the appellee was requested to answer the application for leave to appeal the December 15, 2015 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the calculation and/or allocation of payments for medical benefit plan costs among employees under the Publicly Funded Health Insurance Contribution Act, 2011 Public Act 152, specifically MCL 15.564, is a mandatory subject of collective bargaining pursuant to the Public Employment Relations Act (PERA), specifically MCL 423.215(1); and (2) whether Public Act 152, alone or in conjunction with PERA, precludes a public employer's use of illustrative insurance rates that include retiree health insurance costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2017



t0131

Clerk